# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 148 MM 2018

         Respondent          :

               v.                :

MONIQUE ROBINSON,            :

         Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 5th day of December, 2018, the Application for Leave to File a Petition for Allowance of Appeal Beyond Word Count Limit is GRANTED.